UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-20733-UU

FRANCISCO J. PEREZ
and other similarly-situated individuals,

    Plaintiff (s),

v.

LOOMIS ARMORED US, LLC

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have agreed to settle this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of preparing all the necessary settlement documentation. The parties are currently working on finalizing the relevant settlement documents and will be filing with the Court a Joint Motion for Approval along with the fully executed settlement agreement, once those documents are finalized.

Dated: April 22, 2016

Respectfully submitted,

| By: *s/ Zandro E. Palma*<br>Zandro E. Palma<br>Florida Bar No. 0024031<br>E-mail: zep@thepalmalawgroup.com<br><br>**ZANDRO E. PALMA, P.A.**<br>9100 S. Dadeland Blvd, Suite 1500<br>Miami, Florida, 33156<br>Tel: (305) 446-1500<br>Fax: (305) 446-1502 | By: *s/ Aaron Reed*<br>Aaron Reed<br>Florida Bar No. 0557153<br>E-mail: areed@littler.com<br><br>**LITTLER MENDELSON, P.C.**<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Tel: (305) 400-7500<br>Fax: (305) 603-2552 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    *s/ Aaron Reed*
    Aaron Reed

**SERVICE LIST**
<u>**CASE NO. 16-cv-20733-UU**</u>

Aaron Reed
E-mail: *areed@littler.com*
**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 603-2552
*Counsel for Defendant*

Zandro E. Palma
E-mail: *zep@thepalmalawgroup.com*
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500
Miami, Florida, 33156
Tel:  (305) 446-1500
Fax:   (305) 446-1502
*Counsel for Plaintiff*

Firmwide:140093532.1 028378.1191